UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ROBERT MILLER PHOTOGRAPHER, LLC,

                    Plaintiff,                    25-CV-00394 (LAK)(SN)

      -against-                      **ORDER**

EXPERIA MOVING INC.,

                    Defendant.

------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       Plaintiff filed a complaint on January 15, 2025. ECF No. 1. Defendant was served on January 31, 2025. ECF No. 9. To date, Defendant has not yet appeared. The Clerk of Court issued a Certificate of Default on March 31, 2025. ECF No. 14. By April 22, 2025, Plaintiff shall move for default judgment before Hon. Lewis A. Kaplan. Plaintiff is ORDERED to serve a copy of this Order and a copy of the Clerk of Court's Certificate of Default on Defendant by April 8, 2025. Plaintiff is further ORDERED to file proof of such service on the docket by April 8, 2025.

**SO ORDERED.**

SARAH NETBURN
United States Magistrate Judge

DATED:    April 1, 2025
              New York, New York