USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/18/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

**ROBERT MILLER PHOTOGRAPHER, LLC,**

                        **Plaintiff,**   25-CV-00394 (LAK)(SN)

       -against-   **ORDER**

**EXPERIA MOVING INC.,**

                        **Defendant.**

-------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      The Court has received Defendant's request to extend time to answer as he attempts to find counsel to represent him in this matter. ECF No. 17. Accordingly, the deadline for Plaintiff to move for default judgment is ADJOURNED. Defendant shall answer or otherwise respond to the complaint by May 9, 2025. Plaintiff is ORDERED to serve a copy of this Order on Defendant by April 22, 2025, and file proof of service on the docket.

**SO ORDERED.**

                                                         _____
                                                         SARAH NETBURN
                                                         United States Magistrate Judge

DATED:     April 18, 2025
              New York, New York