UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MILLER PHOTOGRAPHER, LLC,

                              **Plaintiff,**                              25-CV-00394 (LAK)(SN)

        -against-                                                  **ORDER**

EXPERIA MOVING INC.,

                              **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       The Court ordered Defendant to answer or otherwise respond to the complaint by May 9, 2025. ECF No. 18. Plaintiff served a copy of the Court's Order on Defendant on April 22, 2025. ECF No. 20. As of the filing of this Order, Defendant has not responded to the complaint, and counsel has not made an appearance on the docket. Defendant is ORDERED to appear in this matter and respond to Plaintiff's complaint no later than May 23, 2025. Plaintiff is ORDERED to serve a copy of this Order on Defendant by May 16, 2025, and file proof of service on the docket. If Defendant does not appear by May 23, 2025, the Court will set a schedule for Plaintiff to move for default judgment.

**SO ORDERED.**

                                                                    SARAH NETBURN
                                                                    United States Magistrate Judge

DATED:       May 12, 2025
                New York, New York