UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

ROBERT MILLER PHOTOGRAPHER, LLC,

                                            Plaintiff,              25-CV-00394 (LAK)(SN)

                    -against-                            **ORDER**

EXPERIA MOVING INC.,

                                            Defendant.

-------------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

       On May 12, 2025, the Court ordered Defendant to appear by May 23, 2025. The Court further ordered Plaintiff to serve a copy of the Court's Order on Defendant by May 16, 2025, and file proof of service on the docket. Plaintiff has not filed proof of service on the docket. Plaintiff is ORDERED to file proof of service of the Court's May 12, 2025 Order on the docket by May 20, 2025.

**SO ORDERED.**

                                                                SARAH NETBURN
                                                                United States Magistrate Judge

DATED:       May 19, 2025
                 New York, New York