UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

ROBERT MILLER PHOTOGRAPHER, LLC,

                        **Plaintiff,**              25-CV-00394 (LAK)(SN)

      -against-                            **ORDER**

**EXPERIA MOVING INC.,**

                        **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      On May 20, 2025, Plaintiff served Defendant with the Court's May 12, 2025 Order directing Defendant to appear no later than May 23, 2025. ECF No. 23. As of the filing of this Order, Defendant still has not appeared. Plaintiff has already obtained a Certificate of Default. ECF No. 14. Accordingly, it is ORDERED that, by June 11, 2025, Plaintiff shall file a motion for default pursuant to Federal Rule of Civil Procedure 55(b)(2) and Local Civil Rule 55.2(b). The motion must be supported by an attorney's affidavit or declaration setting forth: the basis for entering a default judgment, including a description of the method and date of service of the summons and complaint; and the legal authority for why such service was proper.

      Defendant shall file any opposition to the motion for default judgment by June 25, 2025. Defendant is reminded that corporate entities may appear in federal court only through licensed counsel. See Lattanzio v. COMTA, 481 F.3d 137, 140 (2d Cir. 2007). Where such an entity "repeatedly fails to appear by counsel, a default judgment may be entered against it." Grace v. Bank Leumi Tr. Co. of N.Y., 443 F.3d 180, 192 (2d Cir. 2006) (internal quotation marks omitted).

It is further ORDERED that Defendant appears and shows cause before this Court on June 30, 2025, at 3:30 p.m., why an order should not be issued granting a default judgment against Defendant. The hearing will occur in Courtroom 219, Thurgood Marshall Courthouse, 40 Foley Square, New York, New York.

Plaintiff is further ORDERED to immediately serve a copy of this Order upon Defendant, and to thereafter serve a copy of Plaintiff's motion for default. Plaintiff shall file proof of service of this Order and Plaintiff's motion on the docket.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:   May 29, 2025
         New York, New York